UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UMAR MUHAMMAD,<br><br>    Petitioner,<br><br>vs.<br><br>BRYAN MORRISON,<br><br>    Respondent. | **2:21-CV-12238-TGB-EAS**<br><br>**JUDGMENT** |

This matter came before the Court on a *pro se* habeas corpus petition under 28 U.S.C. § 2254.  For reasons given in an Opinion and Order, the habeas petition is summarily dismissed without prejudice.

Dated at Detroit, Michigan:  November 4, 2021

> KINIKIA A. ESSIX
> CLERK OF THE COURT
>
> s/A. Chubb
> Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE